FILED
United States Court of Appeals
Tenth Circuit

October 28, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

ERIC COOMER, Ph. D.,

    Plaintiff - Appellee,

v.

MAKE YOUR LIFE EPIC, LLC, d/b/a Thrive Time Show, et al.,

    Defendants.

------------------------------

JOSEPH OLTMANN,

    Deponent - Appellant.

No. 24-1390
(D.C. No. 1:21-CV-03440-WJM-KAS)
(D. Colo.)

_____

**ORDER**
_____

Before **MATHESON** and **PHILLIPS**, Circuit Judges.
_____

This matter is before the court on Appellee's Motion for Expedited Appeal Pursuant to Tenth Circuit Rule 27.5 (the "Motion"). We also have before us Nonparty-Appellant's Response to Appellee's Motion for Expedited Appeal and Motion to Extend Time to File Brief Pursuant to Tenth Circuit Rule 27.5 (the "Response").

Upon consideration, the Motion is denied at this time, and the appellant's alternate request for relief is granted, as provided in this order.

The appellant's request to extend the deadline to file the opening brief and appendix to January 6, 2025, is granted. The appellant is discouraged from requesting further extensions of this deadline.

The appellee may file his response brief at any time after service of the opening brief and appendix. In other words, he need not wait for the court's rule-driven 30-day deadline to arrive before he files his brief.

Lastly, the appellee may renew his request to expedite oral argument (if requested and granted) and/or the court's issuance of a decision in this appeal once briefing on the merits is complete.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

*Lara Smith*

by: Lara Smith
    Counsel to the Clerk