**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

# Selected docket entries for case 24–1390

Generated: 03/04/2025 17:36:53

| Filed | Document Description | Page | Docket Text |
|---|---|---|---|
| 02/04/2025 | 32 Motion for Sanctions **DOCUMENT COULD NOT BE RETRIEVED!** | | [11156259] Motion filed by Appellee Eric Coomer, Ph. D. to impose sanction consisting of dismissal of frivolous appeal; all fees and costs associated with having to respond to this appeal. See 10th Cir. R. 46.5(C)(4); due to frivolity, daily sanction imposed should not have been stayed, and that the sanction should run from 09–04–24 order. Served on: 02/04/2025. Manner of service: email. This pleading complies with all required privacy and virus certifications: Yes. [24–1390] CJC |