FILED
United States Court of Appeals
Tenth Circuit

March 13, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| ERIC COOMER, Ph. D., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MAKE YOUR LIFE EPIC, LLC, d/b/a Thrive Time Show, et al., <br><br> Defendants. <br><br> ------------------------------ <br><br> JOSEPH OLTMANN, <br><br> Deponent - Appellant. | No. 24-1390 <br> (D.C. No. 1:21-CV-03440-WJM-KAS) <br> (D. Colo.) |

_____

**ORDER**
_____

Before **MATHESON** and **PHILLIPS**, Circuit Judges.
_____

This matter is before the court on Appellant's *Motion for Extension of Time to Reply to Appellee's Answer Brief Pending Resolution of Court's March 3, 2025, Order Regarding Jurisdiction* and *Motion for Extension of Time to Respond to Appellee's Motion for Sanctions Against Appellant and His Counsel Pursunt to Tenth Circuit Rule 46.5 Pending Resolution of Court's arch 3, 2025, Order Regarding Jurisdiction*, Appellees' *Combined Response*, and Appellant's *Reply*. Appellant seeks to indefinitely extend the time to file his reply brief and response to Appellees' motion for sanction until

the court has resolved the jurisdictional issue it raised in its March 3, 2025, order. However, the jurisdictional matter will be referred to the panel of judges that will be assigned to consider this appeal on the merits; no decision on the matter will enter at this time.

    Accordingly, the motions are DENIED. Appellant's optional reply brief and response to the motion for sanctions remain due no later than **March 14, 2025.** No further extensions of time to file either document will be considered absent extraordinary circumstances.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk